IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MIGUEL ANGEL HERMOSILLO
MARTINEZ and ANTONIO MERCADO
DELGADILLO,

    Plaintiffs,

vs.                                                                                                  No. 08cv429 PK/GBW

MANAGEMENT AND TRAINING
CORPORATION, a Delaware
Corporation, in its individual capacity,
d/b/a OTERO COUNTY PRISON
FACILITY, ELIAS GUERRA, a
Corrections Officer of the Otero County,
Detention Center, in his individual
capacity, and PHYSICIANS NETWORK
ASSOCIATION, a Texas Corporation in
its individual capacity,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

    This matter is before the Court upon a review of the record, and having conferred with counsel about a mutually-convenient date and time, **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Wednesday, July 1, 2009, at 11:00 a.m.**  Counsel for Plaintiff shall initiate and coordinate the telephone conference call to (575) 528-1460.  It is recommended that a reliable long-distance carrier be used to insure sound quality.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE